## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN SCOTT, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:15-1152 |
| v. | : | (MANNION, D.J.) |
| | | (COHN, M.J.) |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Magistrate Judge Cohn issued in the above-captioned matter, (Doc. 22) is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner denying the plaintiff's application for disability insurance benefits is **AFFIRMED** and the plaintiff's appeal, (Doc. 1), is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 24, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1152-01-Order.wpd